AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Prost, Sharon | Federal Circuit | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals, Fed Cir
717 Madison Pl., NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connor Inn of Court | 01/20/16-01/21/16 | New York City, NY | Annual dinner | Transportation, food, lodging |
| 2. | University of Southern California | 02/08/16-02/10/16 | Santa Monica, CA | Keynote speaker and panelist | Transportation, food, lodging |
| 3. | Federal Circuit Bar Association | 02/11/16 | Newark, NJ | Keynote speaker and panelist | Transportation, food |
| 4. | Georgia Bar IP Section | 03/25/16-03/26/16 | Atlanta, GA | Annual dinner | Transportation, food, lodging |
| 5. | Fordham IP Institute | 03/31/16-04/01/16 | New York City, NY | Speaker and panelist | Transportation, food, lodging |
| 6. | New York Intellectual Propery Law Association | 04/01/16-04/02/16 | New York City, NY | Annual dinner | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

| # | | | | | |
|---|---|---|---|---|---|
| 7. | Federal Circuit Bar Association | 04/27/16-04/28/16 | Chicago, IL | Keynote speaker and panelist | Transportation, food, lodging |
| 8. | Federal Circuit Bar Association | 05/19/16-5/20/16 | Wilmington, DE | Panelist | Transportation, food, lodging |
| 9. | University of New Hampshire | 05/20/16-05/22/16 | Concord, NH | Commencement Speaker | Transportation, food, lodging |
| 10. | Federal Circuit Bar Association | 06/22/16-06/25/16 | Nashville, TN | Panelist | Transportation, food, lodging |
| 11. | Federal Circuit Bar Association | 10/10/16-10/15/16 | Paris, France | Panelist | Transportation, food, lodging |
| 12. | Federal Bar Association (N.D. Cal. Chapter) | 10/18/16-10/19/16 | Stanford, CA | Dinner | Transportation, food, lodging |
| 13. | Eastern District of Texas Bar Association | 10/19/16-10/21/16 | Plano, TX | Dinner and panelist | Transportation, food, lodging |
| 14. | Harvard University | 10/26/16-10/27/16 | Boston, MA | Panelist | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Supreme Industries Inc | A | Dividend | J | T | | | | | |
| 2. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 3. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 4. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 5. WGL Holdings Inc. | C | Dividend | K | T | | | | | |
| 6. American Funds - Capital World Growth Income Fund | A | Dividend | K | T | | | | | |
| 7. American Funds New World Fund | A | Dividend | L | T | | | | | |
| 8. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 9. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 10. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 11. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 12. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 13. PNC Bank - IRA | A | Interest | J | T | | | | | |
| 14. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 15. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 16. PNC Bank - CDs | B | Interest | L | T | | | | | |
| 17. Goldman Sachs TR Mid-Cap Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Century New Opportunities | A | Dividend | J | T | | | | | |
| 19. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | | | Sold | 08/16/16 | J | | |
| 20. Westcore Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 21. New Jersey Health Care FACS | A | Interest | K | T | | | | | |
| 22. JEFFERSON CNTY COLO OPEN SPACE SALES TAX REV RF | A | Interest | K | T | | | | | |
| 23. Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 24. Ohio St Major New St Infrastructure | A | Interest | J | T | | | | | |
| 25. Tampa Fla Sales Tax Rev RF | A | Interest | K | T | | | | | |
| 26. California Health Facs Fing Auth Rev | A | Interest | K | T | | | | | |
| 27. Virginia St PSA Sch Fing | A | Interest | K | T | | | | | |
| 28. NEW YORK N Y SER B RF | A | Interest | K | T | | | | | |
| 29. CLEVELAND OHIO WTR REV SECOND LIEN SER A RF | A | Interest | K | T | | | | | |
| 30. AUGUSTA GA WTR & SEW REV & IMPT RF | A | Interest | K | T | | | | | |
| 31. NEW YORK ST DORM AT RVS NON ST SCH A SCH GTD AGM | A | Interest | K | T | | | | | |
| 32. ROYAL OAK MICH HOSP FIN AUTH HOSP REV SER D RF | A | Interest | J | T | | | | | |
| 33. Spector SPDR Industrial | A | Dividend | | | Sold | 02/09/16 | J | | |
| 34. First TR ISE Cloud Comp | A | Dividend | | | Sold | 02/09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche X-Trackers MSCI Japan | A | Dividend | | | Sold | 02/09/16 | J | | |
| 36. SPDR S&P Health Care Equipment | A | Dividend | | | Sold | 02/09/16 | J | | |
| 37. IShares DowJones US Finl Svcs | A | Dividend | | | Sold | 02/09/16 | J | | |
| 38. SPDR KBW Insurance | A | Dividend | | | Sold | 02/09/16 | J | | |
| 39. SPDR S P Retail | A | Dividend | | | Sold | 02/09/16 | J | | |
| 40. First TR Financials Alphadex Fund | A | Dividend | | | Sold | 02/09/16 | J | | |
| 41. Vanguard Industrial ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 42. Vanguard Information Tech ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 43. Vanguard Consumer Discretionary ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 44. Vanguard Consumer Staples ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 45. IShares TR S&P GSSI Software | A | Dividend | | | Sold | 02/09/16 | J | | |
| 46. Salt Riv PJ AZ Agric-Pwr DT RV Ser | A | Interest | | | Sold | 02/08/16 | J | | |
| 47. Miami-Dade Cnty Fla Tran Sys | A | Interest | J | T | | | | | |
| 48. San Angelo Tex Indpt Sch Dist | A | Interest | J | T | | | | | |
| 49. SPDR DJ Wilshre Reit ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 50. Vanguard Health Care ETF | A | Dividend | | | Sold | 02/09/16 | J | | |
| 51. IShares NASDAQ Biotech ETF* | A | Dividend | | | Sold | 02/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Utilities ETF | A | Dividend | | | Buy | 02/04/16 | J | | |
| 53. | | | | | Sold | 02/09/16 | J | | |
| 54. Vanguard Growth ETF | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 55. New York NY City TFA Rev Future Ser | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 56. Powershares DWA Momentum Portfolio | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 57. Guggenheim S&P 500 | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 58. SPDR Ser TR S&P Dividend | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 59. SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 60. IShares IBonds Dec 2025 Term Corp | A | Dividend | J | T | Buy | 05/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* Line 51 IShares NASDAQ Biotechnology was listed as sold in 2015, it should have been listed as partially sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544